# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMMY BRAUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:22-cv-01223 |
| v. ) | |
| ) | |
| UNUMLIFE INSURANCE COMPANY ) | Judge Robert W. Gettleman |
| OF AMERICA, ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 16, 2022 docket entry (Doc. 31), please be advised that Plaintiff will take the deposition of Scott Norris, M.D. on January 17, 2023. The amended notice of deposition is attached hereto as "Exhibit A."

Dated: January 4, 2023                              Respectfully Submitted,

*/s/ Matthew T. Maloney*                            */s/ Jacqueline J. Herring (with consent)*
One of Plaintiff's Attorneys                         One of Defendant's Attorneys

Mark D. DeBofsky                                    SMITH | VON SCHLEICHER + ASSOCIATES
Matthew T. Maloney                                  180 North LaSalle St. Suite 3130
DeBofsky Law, Ltd.                                  Chicago, Illinois 60601
150 N. Wacker Dr., Suite 1925                       P 312.541.0300 | F 312.541.0933
Chicago, IL 60606                                   jackie.herring@svs-law.com
(312) 561-4040
(312) 929-0309 (fax)
mdebofsky@debofsky.com
mmaloney@debofsky.com

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that on January 4, 2023, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all attorneys of record who have appeared in this matter.

 /s/ *Matthew T. Maloney*

 _____
 Matthew T. Maloney
 One of the Attorneys for Plaintiff

Mark D. DeBofsky
Matthew T. Maloney
DeBofsky Law, Ltd.
150 N. Wacker Dr., Suite 1925
Chicago, IL 60606
(312) 561-4040
(312) 929-0309 (fax)
mdebofsky@debofsky.com
mmaloney@debofsky.com