# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY BRAUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:22-cv-01223 |
| v. ) | |
| ) | |
| UNUMLIFE INSURANCE COMPANY ) | Judge Robert W. Gettleman |
| OF AMERICA, ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendant. ) | |

**AMENDED NOTICE OF DEPOSITION OF SCOTT NORRIS, M.D.**

TO: Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St., Suite 3130
Chicago, Illinois 60601
jackie.herring@svs-law.com

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiff Tammy Braun will take the deposition upon oral examination of Scott Norris, M.D., an employee of Unum Life Insurance Company of America, on **January 17, 2023 at 10:00am CST**, continuing as necessary, at Unum's headquarters located at 1 Fountain Square, Chattanooga, TN 37402. The deposition will take place remotely via videoconferencing means before a person authorized to administer oaths. The deposition will be recorded by stenographic means, audiotaped and videotaped.

Dated: December 29, 2022                                             */s/ Matthew T. Maloney*
                                                                                              One of Plaintiff's Attorneys

Mark D. DeBofsky
Matthew T. Maloney
DeBofsky Law, Ltd.
150 N. Wacker Dr., Suite 1925
Chicago, IL 60606

(312) 561-4040
(312) 929-0309 (fax)
mdebofsky@debofsky.com
mmaloney@debofsky.com